IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS LTD., an Illinois corporation, ) ) ) Plaintiff, ) ) v. ) ) NEWSOM DESIGNS LLC and ) ANDREW NEWSOM, ) ) Defendants. ) | NO. 08-3141 |

## OPINION

RICHARD MILLS, U.S. District Judge:

Plaintiff has filed an unopposed motion to dismiss this action with prejudice [d/e 12].  The motion is granted, and this case is closed.

IT IS SO ORDERED.

ENTERED:                                    January 27, 2009

FOR THE COURT:                    /s Judge Richard Mills
                                                   United States District Judge